No. 03M72. BRADLEY v. MILLER ET AL.;

No. 03M73.   DIXIE v. YARBOROUGH, WARDEN; and
No. 03M74.   WILLIAMS v. UNITED STATES.   Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.